UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 4:17 CV 770 RWS |
| | ) |
| C.R. BARD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### **MEMORANDUM AND ORDER**

This case having been remanded by the Judicial Panel on Multidistrict Litigation,

**IT IS HEREBY ORDERED** that **this case is set for a status conference on October 24, 2019 at 10:30 a.m. in the chambers of the undersigned**.

**IT IS FURTHER ORDERED** that, by **October 17, 2019**, the parties shall file a joint memorandum with this Court which sets forth a statement of the case, the procedural background of the instant case, and the current status of the instant litigation.  This joint memorandum shall also identify all relevant pleadings from the MDL by docket number (including any amended complaints and answers) that should be filed in the instant case.  Finally, the joint memorandum shall set out a proposed schedule for the remainder of this case, identifying whether any remaining discovery needs to be conducted, whether any expert or dispositive motions will be filed prior to trial, whether the parties participated in settlement negotiations during the pendency of the MDL proceedings, and the propriety of referral to mediation.  If any motions will be filed, the joint memorandum shall set out the expected nature and basis of the motions and include an explanation as to whether the issues were addressed by the MDL court.  Any rulings by the MDL

court on these issues, whether or not specifically applicable to this case, shall be specifically identified by MDL docket number.

                                                                  _____
                                                                  RODNEY W. SIPPEL
                                                                  UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2019.