UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA ALLEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 770 RWS |
| | ) | |
| C.R. BARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER OF TRANSFER

At the request of plaintiffs and without objection from defendants, and in the interests of justice under 28 U.S.C. § 1404(a),

**IT IS HEREBY ORDERED** that the motion to transfer [33] is granted and **the claims of Linda Allen and Lumas Allen are severed and transferred to the United States District Court for the Northern District of Alabama**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2019.