UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA ALLEN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:17 CV 770 RWS |
| C.R. BARD, INC., et al., | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER OF TRANSFER

At the request of plaintiffs and without objection from defendants, and in the interests of justice under 28 U.S.C. § 1404(a),

**IT IS HEREBY ORDERED** that the motion to transfer [33] is granted and **the claims of Anthony Atkins are severed and transferred to the United States District Court for the Southern District of Florida**.

**IT IS FURTHER ORDERED** that plaintiff Atkins' motion to withdraw [30] is denied without prejudice to being refiled in the Southern District of Florida.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2019.